# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **WORLDVENTURES MARKETING, LLC,** | § | **Case No.: 20-42494** |
| | § | |
| **Debtor.** | § | |

## LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

WorldVentures Marketing, LLC (the "**Debtor**") hereby files this list of creditors holding the 40 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

DATED: 12/21/2020

Respectfully submitted by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**CONSOLIDATED LIST OF CREDITORS WHO HAVE THE
40 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

The above-captioned debtor and its debtor affiliates (collectively, the "Debtors") hereby certify that the Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders submitted herewith contains the names and addresses of the Debtors' consolidated top 40 unsecured creditors (the "Top 40 List"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 40 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 40 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information presented in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim."

Official Form 204

Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31)

Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Icentris, Inc., 707 W. 700 S Suite 101, ,Woods Cross UT 84087, USA | Karl Augat, 801.870.3636, karl@icentris.com | Trade Debt | | | | $1,761,143.00 |
| Leading Edge Inc., 15400 Knoll Trail Drive Suite 206, ,Dallas TX 75248, USA | Marc Accetta, 214-215-1863, EDGEMAIL@SBCGLOBAL.NET | Professional Services | | | | $708,573.23 |
| Cani Enterprises, LLC/ Matthew Morris, 4008 Beverly Drive, ,Carrollton TX 75010, USA | Matt Morris, 972-740-2408, matt@mattmorris.com | Professional Services | | | | $19,087.21 |
| Cani Enterprises, LLC/ Matthew Morris, 4424 Shadow Glen Dr, ,Dallas TX 75287, United States | Matt Morris, 972-740-2408, matt@mattmorris.com | Commission | | | | $553,053.06 |
| Nugent Holdings (blank), 2504 Beacon Crest Dr, ,Plano TX 75093, United States | Nugent Holdings , 214-597-9263 ,WayneTNugent@yahoo.com | Commission | | | | $549,456.66 |
| Morris UK Enterprises INC, 4424 Shadow Glen Dr, ,Dallas TX 75287, United States | Matt Morris, 972-740-2408, matt@mattmorris.com | Commission | | | | $536,290.84 |
| PPP Loan - WV Marketing, , , , | Jonathan Morris, 214.642.1910 , jmorris@titanbank.com | Bank Loan | | | | $464,097.00 |
| Peter Powderham, Lavender Oast, Lavender Fields,Isfield ESX TN225FB, United Kingdom | Peter Powderham, +44 797 100 1000, petepowderham@gmail.com | Commission | | | | $449,042.36 |
| Pietsch Nation LLC, 11886 Port Labelle Dr, ,Las Vegas NV 89141, United States | Pietsch Nation LLC, 6513316744,davidpietsch@comcast.net | Commission | | | | $398,390.00 |
| Inlighten Inc., 6863 W. Charleston Blvd., ,Las Vegas NV 89117, United States | Inlighten Inc., 3104030258, ruof@mac.com | Commission | | | | $392,985.47 |
| Double Your Profits LP, 9859 Blossom Springs Rd , ,El Cajon CA 92021, United States | Double Your Profits LP, 3104668584, twins@twinstravelclub.com | Commission | | | | $373,247.28 |
| Working Solutions, 19111 Dallas Pkwy #180, ,Dallas TX 75287, USA | Mika Washington, 972-964-4800, mwashington@workingsol.com | Professional Services | | | | $314,442.16 |
| Zoey Enterprises INC, 11886 Port Labelle Drive, ,Las Vegas NV 89141, United States | Zoey Enterprises Inc, 6513316744, davidpietsch@comcast.net | Commission | | | | $261,224.00 |
| TJ Marketing, 3617 Towndale Drive, ,Bloomington MN 55431, United States | TJ Marketing, 6123271138, trgbiz@gmail.com | Commission | | | | $252,899.71 |
| Get Paid Nation Inc., 408 Kelly Planatation Dr. #1209, ,Destin FL 32541, United States | Get Paid Nation Inc., 6512834917, gryz07@yahoo.com | Commission | | | | $233,407.50 |
| AirMed International, LLC, 209 State Hwy 121 Bypass Suite 11, ,Lewisville TX 75067, USA | Drayton Green, 205-531-9840, drayton.green@gmr.net | Trade Debt | | | | $230,382.47 |

| Creditor | Contact | Type | | | | Amount |
|---|---|---|---|---|---|---|
| Vacationleader.com Inc., 4049 Castle Bank Ln , ,Frisco TX 75033, United States | Vacationleader.com Inc., 9728392846, ceo@vacationleader.com | Commission | | | | $218,190.00 |
| Salesforce.com, Inc, PO Box 203141, ,Dallas TX 75320, USA | Andrew Siers, 214-406-3889, asiers@salesforce.com | Professional Services | | | | $217,859.17 |
| Phelps Dunbar LLP, Post Office Box 974798, ,Dallas TX 75397, USA | Haley R. Sylvester, 251-441-8218, haley.sylvester@phelps.com | Professional Services | | | | $214,988.43 |
| CTM 1, 756 Legacy Dr, ,Edmond OK 73025, United States | CTM 1, 4054155767, troy@troykbrown.com | Commission | | | | $202,171.50 |
| 4Higher Life Inc, 489 Heritage Bridge Ave., ,Henderson NV 89011, United States | 4Higher Life Inc, 4086058944, terekampe@yahoo.com | Commission | | | | $200,720.50 |
| University of Southern California, 3400 S. Figeroa Street, ,Los Angeles CA 90089, USA | University of Southern California, +1-213-740-2311, | Professional Services | | | | $192,798.87 |
| Success Partners Holding Co, PO Box 671186, ,Dallas TX 75267, USA | Gabrielle Araujo, 972.402.5022, garaujo@successpartners.com | Trade Debt | | | | $183,399.84 |
| WV RTE LLC, 539 W Commerce,Suite 245, ,Dallas TX 75208, USA | Troy Brown, 4054155767, troy@troykbrown.com | Professional Services | | | | $171,065.73 |
| Cani Enterprises LLC, 4424 Shadow Glen Dr, ,Dallas TX 75287, United States | Cani Enterprises LLC, 9727402408, matt@mattmorris.com | Commission | | | | $170,651.70 |
| Wimbrey Training Systems INC, 205 Edinburgh Ct, ,Southlake TX 76092, United States | Wimbrey Training Systems Inc, 817-300-3687, | Commission | | | | $168,800.00 |
| Jex Enterprise LLC, 3250 NE 188th street, ,Aventura FL 33180, United States | Jex Enterprise LLC, 9174491956, mjex125@gmail.com | Commission | | | | $167,180.66 |
| Braun Marketing Company, 1114 Lake Breeze Dr, ,CANYON LAKE TX 78133, United States | Braun Marketing Company, 2102882040, raymond@homes2go.net | Commission | | | | $167,000.15 |
| The 709 Agency, LLC, 1755 Telstar Drive Ste 300, ,Colorado Springs CO 80920, USA | David Todd, 888-298-6009, david@709agency.com | Professional Services | | | | $133,568.16 |
| Efrosyni Adamides, 27 Old Gloucester Road, ,London, LND WC1N3AX, United Kingdom | Efrosyni Adamides, +44 7496 096128, Ceo@EfrosyniAdamides.com | Commission | | | | $130,873.35 |
| Efrosyni Adamides, 27 Old Gloucester Street , ,London, LND wc1n 3ax, United Kingdom | Efrosyni Adamides, +44 7496 096128, efrosyni@adamides.net | Commission | | | | -$20.00 |
| Efrosyni Adamides, 27 Old Gloucester Street, ,London LND 0, United Kingdom | Efrosyni Adamides, +44 7496 096128, efrosyni@adamides.net | Commission | | | | $1,727.50 |
| Efrosyni Adamides, Αρχ. Μακαρίου III, 22, Αστρομερίτης, ,Λευκωσία, Κύπρος 2722, Cyprus | Efrosyni Adamides, +44 7496 096128, efrosyni@adamides.net | Professional Services | | | | $611.09 |
| Peter and Mary Powderham, Lavender Oast, Lavender Fields,Isfield ESX TN225FB, United Kingdom | Peter and Mary Powderham, +44 797 100 1000, petepowderham@gmail.com | Commission | | | | $125,575.00 |
| Living Full Time Inc., 2298 N Ontario street, ,Burbank CA 91504, United States | Living Full Time Inc., 8186311307, dave@daveulloa.com | Commission | | | | $121,816.14 |
| Access VG, LLC, 1012 W. Beardsley Place, ,Salt Lake City UT 84119, USA | Scottie Badger, 888-265-4294, ScottieBadger@accesdevelopment.com | Trade Debt | | | | $110,322.36 |
| Travel To Freedom LLC, 13237 N 76th St, ,SCOTTSDALE AZ 85260, United States | Travel To Freedom LLC, 6025614803, dandlimd@gmail.com | Commission | | | | $106,376.92 |
| CTM 9, 756 Legacy Dr, ,Edmond OK 73025, United States | CTM 9, 4053611648, troy@troykbrown.com | Commission | | | | $93,433.10 |
| We Be Trippin Global, 13237 N 76th Street, ,Scottsdale AZ 85260, United States | We Be Trippin Global, 6026844803, funtravelfree@gmail.com | Commission | | | | $92,352.58 |